FILED

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

A38740-079

VITTORIO "VIC" AMUSO,
USP-Big Sandy    Plaintiff,
POB 2068
Inez Ky. 41224

vs.

Case: 1:07-cv-01935
Assigned To : Leon, Richard J.
Assign. Date : 10/25/2007
Description: FOIA/Privacy Act

**COMPLAINT**

U.S. DEPARTMENT OF JUSTICE,
FEDERAL BUREAU OF INVESTIGATION,
          Defendants.
-----------------------------------------------------------------

### I.  NATURE OF CASE

This is a civil action complaint filed by Vittorio "Vic" Amuso, a federal prisoner acting pro se, naming the United States Department of Justice ("DOJ"), and the Federal Bureau of Investigation ("FBI") as defendants seeking disclosure of Information previously sought by Amuso under the Freedom of Information and Privacy Acts ("FOIA/PA") Title 5 United States Code §§ 552, 552a, and denied by the defendants.  In support of this Complaint Amuso would aver as follows:

### II.  JURSIDICTION/VENUE

The United States District Court for the District of Columbia has proper subject matter and personal jurisdiction of parties pursuant to Title 5 United States Code § 552(a)(4)(B).  *In re Scott*, 709 F.2d 717 (D.C. Cir. 1983).  Venue is proper because the DOJ has its principle headquarters within the District of Columbia.

RECEIVED

OCT 0 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

-1-

### III.  PARTIES

1.  The Plaintiff, Vittorio "Vic" Amuso, is a federal prisoner presently serving life imprisonment at the U.S. Penitentiary, big Sandy, Inez, Kentucky.  Amuso sentence arises from Federal Racketeering convictions from the U.S. District Court, Eastern District of New York. See Criminal Case #CR-90-446; *U.S. v. Amuso*, 21 F.3d 1251 (2nd Cir. 1994).

2.  The Defendants, DOJ and FBI, are a federal agency under the auspices of the U.S. Department of Justice with its principal headquarters maintained in the District of Columbia.  The FBI is the agency in possession of the information sought by Amuso.

### IV.  FACTUAL ALLEGATIONS

A.  Facts Associated with Amuso's FOIA Request:

1. On or about April 10, 2007, Amuso caused to be mailed his written requests for information pursuant to 5 U.S.C. §§ 552, 552a, requesting that the FBI's Washington Headquarters and Albany FBI Field Office release certain records related to Amuso. (See Exhibit A, FOIA/PA Request Letter).

2.  On or about May 3, 2007, the FBI acknowledged receipt of Amuso's FOIA/PA request assigning it FOIA/PA request No. 1076768. (See Exhibit B, DOJ letter).

3.  On or about May 21, 2007, the FBI informed Amuso that his FOIA/PA request was being denied in its entirety because the records responsive to Amuso's request were "destroyed" in accordance with Title 44 U.S.C. § 3301 and Title 36 C.F.R. § 12.

-2-

(See Exhibit C, DOJ letter).

4. On or about May 24, 2007, Amuso filed an administrative "Appeal" of the FBI's response. (See Exhibit D, Appeal letter).

5. On or about June 20, 2007, the DOJ acknowledged receipt of Amuso's administrative appeal assigning it appeal case number 07-1718. (See Exhbit E, DOJ letter).

6. On or about August 8, 2007, the Associate Director of the Office of Information and Privacy, affirmed the FBI's treatment of Amuso's FOIA/PA request. (See Exhibit F, DOJ letter).

B.  Facts Related to Amuso and Basis for FOIA/PA Request:

1.  Amuso was prosecuted in the Eastern District of New York federal court for violation of federal RICO laws as stated above. It is Amuso's belief that numerous government "witnesses" provided perjured testimony against Amuso to cover-up their own criminal culpability.

2.  In the years since Amuso's trial in May 1991, the DOJ/FBI has been in receipt of information that supports Amuso's claims of innocence and assertion that government witnesses gave perjured testimony at Amuso's trial.

3.  Certain witnesses that testified at Amuso's 1991 RICO trial have subsequently been shown to have offered perjured testimony at other criminal trials in the United States; resulting in vacatur of criminal judgments.

4.  Other individuals that have been interviewed by the DOJ/FBI have offered statements and information that further support

-3-

Amuso's claims of innocence and perjured testimony.  Amuso filed his FOIA/PA request to gain access to this information.

5.   In his administrative appeal Amuso attached an FBI 302 which clearly shows that the DOJ/FBI have in their possession information related to Amuso as recently as March 2003. Therefore, the DOJ/FBI's assertion that all records have been destroyed is simply not true and this Court should grant Amuso relief accordingly.

## V.   CLAIMS/ARGUMENTS FOR RELIEF

Under Title 5 U.S.C. § 552 there is a presumption in favor of disclosure.  Any individual who is aggrieved by an agency refusal to release records under the FOIA/PA may seek civil remedy § 552 (a)(4)(B). *Lovell v. DOJ*, 589 F.Supp 150 (DCDC 1984).

A complaint under FOIA/PA must allege a proper request for the records (Exhibit A), a failure of the agency to comply with request (Exhibit C), and an exhaustion of administrative remedies (Exhibit D). Am. Jur. 2nd Ed. FOIA § 508; *Stebbins v. Nationwide Mut. Ins. Co.*, 757 F.2d 364 (DC Cir. 1974).

Amuso has shown this Court, with credible evidence, that: (1) he did file a proper FOIA/PA request for records to the defendants under §§ 552, & 552a; (2) that the defendants failed to comply with the law by releasing said information/records as request by Amuso; (3) that Amuso has exhausted all administrative remedies available under applicable law.

In this case Amuso is entitled to, and the District Court is

-4-

requested to Order, that defendants prepare an affidavit specifically explaining the DOJ/FBI's application of federal law and regulations related to destruction of federal records. Additionally, Amuso requests that a *Vaugh* index be prepared that lists all the records, a description of such and their handling by the DOJ/FBI under applicable federal law. *Piper v. U.S. DOJ*, 312 F.Supp.2d 17 (DCDC 2004).

The defendants have relied exclusively on the premise that all records responsive to Amuso's FOIA/PA request "were destroyed pursuant to routine records destruction schedules and the DOJ regulations". Therefore, the defendants are expected to stand by this excuse and not attempt to "discover" records at the Eleventh Hour of this civil action. Amuso appealed the DOJ/FBI's response and provided the Assistant Director with proof positive that the FBI did in fact have information responsive to Amuso's request that was not destroyed however not referenced and/or released. Consequently, the defendants have acted in bad faith in the non-disclosure of records requested by Amuso. *Campbell v. US DOJ*, 231 F.Supp.2d 1 (DCDC 2002).

## VI.   RELIEF REQUESTED

WHEREFORE, Amuso would respectfully pray that this Honorable Court grant the following relief:

A.   Issue Order to show Cause requiring Defendant's to Answer Amuso's allegation herein;

B.   Issue Order directing that defendant's provide affidavits and

-5-

*Vaughn* index with respective Answer to Amuso's Complaint;

C.   Issue Order allowing Amuso to initiate discovery process as provided for under the Federal Rules of Civil Procedure;

D.   Issue decalratory judgment holding that Amuso is entitled to records withheld by the defendants for purposes of exoneration. *Bright v. Ashcroft*, 259 F.Supp.2d 502 (ED La. 2003);

E.   Issue an Order enjoining defendants from refusing Amuso access to information related to him;

F.   Grant Amuso a Jury Trial;

H.   Order Defendants to pay all costs associated with this lawsuit and FOIA/PA request (i.e., postage, copies, typing, etc...).  And punitive damages because the defendants acted in bad faith and unlawfully in refusing Amuso access to information in timely fashion;

I.   Any other relief this Court deems Just and Proper.

Respectfully prayed for this 3RD day of OCTOBER, 2007.

Vittorio "Vic" Amuso
Plaintiff, Pro Se


## AFFIRMATION OF TRUTH

I, Vittorio "Vic" Amuso, state under penalty of perjury that I have read the foregoing Complaint and it contains the truth of all matters alleged to the best of my ability. 29 U.S.C. § 1746.


SWORN to under penalty of perjury this 3RD day of October 2007.

Vittorio "Vic" Amuso
Plaintiff, Pro Se

# EXHIBIT A

                                     Cert. Mail #7005 0390 0004 6752 4365
April 10, 2007
     (Date)

Vittorio "Vic" Amuso #38740-079
U.S.P. Big Sandy
P.O. Box #2068
Inez, KY  41224

Federal Bureau of Investigations
Freedom of Information Division
J. Edgar Hoover Bldg. 935 Penn. Ave. NW
Washington, DC   20535-0001

Re:  Freedom of Information/Privacy Acts Request

Dear Records Custodian:

This is a Freedom of Information and Privacy Act (FOIA/PA)
request made pursuant to Title 5 U.S.C. Sec. 552, 552a and
28 C.F.R. Sec. 16.1 et. seq.   In this case Amuso is requesting
any and all documents, records, memoranda, notes, statements and
other information or data in what ever form maintained by your
agency that relates to and/or makes reference to Amuso directly
or indirectly.  More specifically, any data or information in
the possession or control of your agency related to and/or
generated by the criminal investigation and prosecution of
Amuso by federal authorities in and around the U.S. Federal
Districts of New York.  This would include, but not be limited
to, any agency documents, records, reports, statements, notes,
case file summaries and all forms of information maintained by
your agency that makes reference to Amuso directly and indirectly.
     Amuso would specifically request a search of your agency's
Central Records System (CRS), Automated Case Support System (ACSS),
Electronic Case Files (ECF), Universal Index (UI), Legal Attaches
(Legats), Investigative Case Managment system (ICMS), Confidental
Source System (CSS) and the "I-Drive" system.  Any "main" and/or
"references" to Amuso by his known name would be responsive to
this request.  Also, any reference to Amuso as the "Boss" of the
Lucchese "Crime Family", or "soldier", or "Captian", or "Member"
of the "La Cosa Nostra" would be requested.
     This FOIA/PA request specifically requests information from
January 1980 until the present time.  To further aid your agency
in effecting this FOIA/PA request, be advised that numerous federal
criminal investigations and prosecutions have been pursued against
Amuso and "fellow members" of the "La Cosa Nostra" resulting in
volumous records and information that will make reference to
Amuso and various participants in those investigations and criminal
prosecutions.  For example, in 2006 there was reference to Amuso
related to the criminal trial of two former New York City Police
officers alleged to be employed by the Lucchese "Crime Family".
Additionally, the prosecution of various alleged members of the
"La Cosa Nostra" transpired during 2005 and 2006 which made ref-
erences to Amuso.  These records would be responsive to this

                                                              **FILED**

        [Page 1 or 3 pages]     07 1935        OCT 2 5 2007

Freedom of Information/Privacy Acts Request
Vittorio "Vic" Amuso #38740-079
Page 2 of 3 pages

FOIA/PA request. Certian alleged "members" and/or "associates"
identified as Anthony "Gas Pipe" Casso and Alphonse D'Arco would
be relavent to any information requested by Amuso.

      Be advised that Amuso makes this FOIA/PA request for solely
personal and not commercial purposes.  All information sought by
Amuso is for the public's interest insomuch as society is offended
when an innocent man remains imprisoned.  A grave miscarriage of
justice is being committed by Amuso's continued incarceration and
Life sentence based on perjured testimony of certain individuals
and prosecutorial misconduct.  The release of information in this
case will serve to correct this miscarriage of justice and reaffirm
the public's confidence in the American criminal justice system.

      Your agency should specifically reference any and all stat-
utory provisions relied upon to assert any exemption when denying
release of information under Secs. 552 and 552a.  Amuso agrees to
pay any and all reasonable costs and fees associated with this
request, however would request that your agency make the first
100 documents available without cost under 28 C.F.R. Sec. 16.1,
et. seq.

      All of Amuso's personal information is being made available
to your agency as found at page #3 of this request.  If your
agency requires any additional information to complete this FOIA
request please contact Amuso at the address indicated above. A
certificate of identity is attached herewith.

      Thank you for your time and concern in this matter.


                        Respectfully submitted,


                    /s/ _Vittorio Amuso_____
                        Vittorio "Vic" Amuso



Attachments


cc: Retained

PERSONAL INFORMATION OF VITTORIO "VIC" AMUSO

Date of Birth :   **November 4, 1934**

Place of Birth:   **Brooklyn, New York**

SS No.:   **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**

FBI No:   **698774B**

US Marshal No.:   **38740-079**

Criminal Docket #: **CR-90-446  Eastern District, NY**

Other Information:  Alleged "member" of "La Cosa Nostra" and

"Lucchese Crime Family"/ Federal prosecution case names "Windows

Cases I and II"

# EXHIBIT  B



**U.S. Department of Justice**

**Federal Bureau of Investigation**

*Washington, D.C. 20535*

May 3, 2007

MR VITTORIO AMUSO
**38740-079
U.S.P. BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No.: 1076768- 000
Subject: AMUSO, VITTORIO

Dear Requester:

☒    This acknowledges receipt of your Freedom of Information-Privacy Acts (FOIPA) request to the FBI. The FOIPA number listed above has been assigned to your request. Your request to the Albany Field Office was forwarded to FBI Headquarters for handling.

☐    For an accurate search of our records, please provide the complete name, alias, date and place of birth for the subject of your request. Any other specific data you could provide such as prior addresses, or employment information would also be helpful. If your subject is deceased, please include date and proof of death.

☐    To make sure information about you is not released to someone else, we require your notarized signature or, in place of a notarized signature, a declaration pursuant to Title 28, United States Code 1746. For your convenience, the reverse side of this letter contains a form which may be used for this purpose.

☐    If you want the FBI's Criminal Justice Information System (CJIS) to perform a search for your arrest record, please follow the enclosed instructions in Attorney General Order 556-73. You must submit fingerprint impressions so a comparison can be made with the records kept by CJIS. This is to make sure your information is not released to an unauthorized person.

☒    We are searching the indices to our central records system at FBI Headquarters for the information you requested, and will inform you of the results as soon as possible.

☐    Processing delays have been caused by the large number of requests received by the FOIPA. We will process your request(s) as soon as possible.

Your request has been assigned the number indicated above. Please use this number in all correspondence with us. Your patience is appreciated.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
   Dissemination Section
Records Management Division

07 1935

**FILED**

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT C



U.S. Department of Justice

Federal Bureau of Investigation

*Washington, D.C. 20535*

May 21, 2007

MR VITTORIO AMUSO
**38740-079
U.S.P. BIG SANDY
POST OFFICE BOX 2068
INEZ, KY 41224

Request No.: 1076768- 000
Subject: AMUSO, VITTORIO

Dear Requester:

Records which may be responsive to your Freedom of Information-Privacy Acts (FOIPA) request were destroyed (date unknown). Since this material could not be reviewed, it is not known if it actually pertains to your subject. The disposal of records is handled under Title 44, United States Code, Section 3301 and Title 36, Code of Federal Regulations, Chapter 12, Sub-chapter B, Part 1228, issued by the National Archives and Records Administration (NARA). The FBI Records Retention Plan and Disposition Schedules have been approved by the United States District Court for the District of Columbia and are monitored by knowledgeable representatives of the NARA.

Should you desire a check of our field office files, you must write directly to the appropriate field office(s).

You may file an administrative appeal by writing to the Office of Information and Privacy, United States Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001, within sixty days from the date of this letter. The envelope and the letter should be clearly marked "Freedom of Information Appeal" or "Information Appeal." Please cite the Freedom of Information-Privacy Acts (FOIPA) request number assigned to your request so that it may be easily identified.

Sincerely yours,

David M. Hardy
Section Chief,
Record/Information
  Dissemination Section
Records Management Division

07 1935

FILED

OCT 2 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT  D

7002 3150 0003 9525 2857

Vittorio Amuso #38740-079
USP Big Sandy
PO Box 2068                          May 24, 2007
Inez, KY  41224

U.S. Dept. of Justice
Office of Information and Privacy
1425 New York Ave., N.W. Suite 11050
Washington, DC   20530-0001

Re: FOIA/PA Request **APPEAL**
    Request #1076768-000 (FBI)

Justice Department:
This is my appeal of the FBI's response to my FOIA/PA request
assigned the above ID number.  On 5/21/07 the FBI advised me that
"records which may be responsive to [my] FOIAPA request were
destroyed (date unknown)." See Attached letter.
    With all due respect, I find the FBI's response to my FOIA
request to be incredulous and, frankly, very misleading and
disingenuous.  First of all, the FBI's response fails to account
for information that is outside temporal limits created by
statute for destruction of records under 44 USC § 3101.  For
example, as recently as 9/11/03 the FBI generated an agency
document (FD-302) that is clearly responsive to my request
insomuch as my name is referenced by the individual giving
statement.  See FBI 302 Attached.  Secondly, the FBI cannot
arbitrarily destroy documents without justification according to
statute.  See American Friends Service Committee v. Webster, 720
F.2d 29  (DC Cir. 1983).
    I realize the Executive Branch has taken a very hardline with
FOIA/PA requests and this position is reflected in the Justice
Department's use of subterfuge to deter and obstruct citizens'
right to access governmental information; however, I will not be
easily discouraged and suggest that your department remand my
FOIA/PA request back to the FBI for a more genuine search.  Be
advised that I intend to file a civil complaint in the District
of Columbia District Court under 5 USC §§ 552a and 552 et. seq.
if my request is not granted a legitimate response.  We know that
the FBI continues to maintain records related to me, so there is
no use in trying to drive me off with the ludicrous excuse the
the FBI destroyed all the files.
    Thank you for your time and concern in this matter.

                    Respectfully,
                    Vittorio Amuso

Attachments
cc: David M. Hardy
    Section Chief, FIOA Divison
    Retained

07 1935
**FILED**
OCT 2 5 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

FD-302 (Rev. 10-6-95)

**68**
- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription  9/11/03

        INDIVIDUAL, who has agreed to testify, provided the
following information:

        Names that appear in bold print are the names by which
the people identified by the INDIVIDUAL are known to the Federal
Bureau of Investigation, and not necessarily the names by which
they are known to the INDIVIDUAL.

### C&F TRUCKING

        SKIN (**GASPER CAMMARATA**) told the INDIVIDUAL that **CHUBBY
BONO** (**HENRY BONO**) had done a deal on the strength of the
INDIVIDUAL'S name, without the INDIVIDUAL'S knowledge.  When BONO
got out of jail, the INDIVIDUAL confronted BONO about it.

        BONO said that he used to have two Jewish guys who
owned C&F TRUCKING in New Jersey.  BONO gave them over to **PETE
CHIODO** of the LUCCHESE Family.  The INDIVIDUAL told BONO he had
no right to give them up.

        The INDIVIDUAL met with CHIODO about C&F TRUCKING.  The
INDIVIDUAL explained that C&F TRUCKING was with the BONANNO
Family.  CHIODO wanted the INDIVIDUAL to meet with **VIC** (**VIC
AMUSO**), but the INDIVIDUAL refused.

        CHIODO continued to harass the INDIVIDUAL about C&F
TRUCKING.  The INDIVIDUAL once told CHIODO that he would bring
the two Jewish guys from C&F to CHIODO in the trunk of a car if
he wanted them.  CHIODO said they (the LUCCHESES) did not want
them killed.

        The INDIVIDUAL met with GASPIPE (**ANTHONY CASSO**) about
the situation.  The INDIVIDUAL maintained his position that C&F
belonged to the BONANNOS.

        Eventually the INDIVIDUAL met with AMUSO, Boss of the
LUCCHESE Family, at the CHELSEA HOUSE.  The INDIVIDUAL told AMUSO
that he couldn't allow the release of the two Jewish guys to the
LUCCHESE Family. AMUSO was not happy with the INDIVIDUAL'S

Investigation on _____3/05,9/2/03_____ at __an undisclosed location_____

File #  270A-NY-264773/281A-NY-250238                          Date dictated _____

by  SA Nora J. Conley:njc/SA Kimberly McCaffrey

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

D-302a (Rev. 10-6-95)

270A-NY-284773/281A-NY-250238

Continuation of FD-302 of ___INDIVIDUAL_____. On __3/04/03_____. Page __2____

decision and got up and left the table.

     C&F TRUCKING paid money each month to the BONANNOS. The INDIVIDUAL, JOSEPH MASSINO and ANTHONY SPERO split the monthly payment. This arrangement lasted for approximately three or four years, at which point C&F TRUCKING lost the contract which BONO had previously arranged for them

# EXHIBIT  E



**U.S. Department of Justice**

Office of Information and Privacy

_Telephone: (202) 514-3642_            _Washington, D.C. 20530_

**JUN 2 0 2007**

Mr. Vittorio Amuso
Register No. 38740-079
United States Penitentiary
Post Office Box 2068
Inez, KY 41224

     Re: Request No. 1076768

Dear Mr. Amuso:

     This is to advise you that your administrative appeal from the action of the Federal Bureau of Investigation was received by this Office on June 8, 2007.

     The Office of Information and Privacy, which has the responsibility of adjudicating such appeals, has a substantial backlog of pending appeals received prior to yours. In an attempt to afford each appellant equal and impartial treatment, we have adopted a general practice of assigning appeals in the approximate order of receipt. Your appeal has been assigned number **07-1718**. Please mention this number in any future correspondence to this Office regarding this matter.

     We will notify you of the decision on your appeal as soon as we can. We regret the necessity of this delay and appreciate your continued patience.

                    Sincerely,

                    Priscilla Jones
                    Supervisory Administrative Specialist

07 1935

**FILED**

OCT 2 5 2007

**NANCY** MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# EXHIBIT F

**U.S. Department of Justice**

Office of Information and Privacy

_____

_Telephone: (202) 514-3642_          _Washington, D.C. 20530_

AUG 0 8 2007

Mr. Vittorio Amuso
Register No. 38740-079
United States Penitentiary          Re:    Appeal No. 07-1718
Post Office Box 2068                        Request Nos. 1076768
Inez, KY  41224                             ADW:CAS

Dear Mr. Amuso:

You appealed from the action of the Albany Field Office and the Headquarters Office of the Federal Bureau of Investigation on your request for access to records pertaining to yourself.

After carefully considering your appeal, I am affirming the action of the FBI. The FBI informed you that records that might have been responsive to your request were destroyed pursuant to routine records destruction schedules and Department of Justice regulations. See 44 U.S.C. § 3302 (2000) and 36 C.F.R. § 1228 (2006). I have determined that the FBI's response was correct.

The FBI has not searched any of its other field offices. If you would like other field offices searched, you must make new requests directly to those field offices. See 28 C.F.R. §§ 16.3(a), 16.41(a) (2007) (requests for records held by FBI field offices must be submitted to the field offices directly).

In addition, the FBI has indicated that the Drug Enforcement Administration (DEA) may have records responsive to your request. If you have not already done so, I suggest that you submit a separate Freedom of Information Act request for this information directly to DEA at the following address:

Ms. Katherine L. Myrick, Chief
Freedom of Information Operations Unit
Drug Enforcement Administration
Department of Justice
700 Army Navy Drive
Arlington, VA  22202

*07* 1935

**FILED**

OCT 2 5 2007

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

-2-

 If you are dissatisfied with my action on your appeal, you may seek judicial review in accordance with 5 U.S.C. § 552(a)(4)(B).

                                        Sincerely,

                                        *[signature]*

                                        Janice Galli McLeod
                                        Associate Director

## I (a) PLAINTIFFS

*Vittorio Amuso*

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __88888__
(EXCEPT IN U.S. PLAINTIFF CASES)

*Pro Se* (X)

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
*# 38140-079*

## DEFENDANTS

*DOJ et al*

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:07-cv-01935
Assigned To : Leon, Richard J.
Assign. Date : 10/25/2007
Description: FOIA/Privacy Act

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
    Plaintiff

☐ 3 Federal Question
    (U.S. Government Not a Party)

(X) 2 U.S. Government
    Defendant

☐ 4 Diversity
    (Indicate Citizenship of Parties
    in item III)

## III CITIZE...
FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ☐ A. *Antitrust*

☐ 410 Antitrust

### ☐ B. *Personal Injury/ Malpractice*

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. *Administrative Agency Review*

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. *Temporary Restraining Order/Preliminary Injunction*

**Any nature of suit from any category may be selected for this category of case assignment.**

***(If Antitrust, then A governs)***

### ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil*

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
(X) 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant)
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

(4)

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☑ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment<br>(criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify)  ☐ Multi district Litigation  ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

5 USC 552- F.O.I.A.

**VII. REQUESTED IN COMPLAINT**  CHECK IF THIS IS A CLASS ☐ ACTION UNDER F.R.C.P. 23   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☑ NO

**VIII. RELATED CASE(S) IF ANY**  (See instruction)  ☐ YES ☑ NO   If yes, please complete related case form.

DATE  10.25.07     SIGNATURE OF ATTORNEY OF RECORD   NQD

---

### INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
#### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.  COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.  CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

J:\forms\js-44.wpd

