**SUPPORTING DOCUMENTATION & ORDER**

| | |
|---|---|
| **United States District Court** | **DISTRICT**<br>District of Columbia |
| **CASE TITLE**<br>Vittorio "Vic" Amuso<br>    Plaintiff,<br>vs.<br>Dept. of Justice & FBI,<br>    Defendants. | **DOCKET NO.**<br>07 1935<br>**MAGISTRATE CASE NO.**<br><br>**FILED** OCT 2 5 2007<br>NANCY MAYER-WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

I, _____Vittorio "Vic" Amuso#38740-079_____, declare that I am the *(check appropriate box)*
   *(print your full name)*

☒ petitioner/plaintiff        ☐ movant (filing 28 U.S.C. § 2255 motion)
☐ respondent/defendant        ☐ _____
                                    *(other)*

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

Freedom of Information/Privacy Act Complaint
Title 5 USC §§ 552, 522a

In further support of this application, I answer the following questions:

1. Are you presently employed?
   (a) If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. *(list both gross and net salary)*        ☐ Yes   ☒ No

   (b) If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   
   Approx. 150 thousand annually, in 1989

2. Have you received within the past twelve months any money from any of the following sources?

   (a) Business, profession or other form of employment?        ☐ Yes   ☒ No
   (b) Rent payments, interest or dividends?                     ☐ Yes   ☒ No
   (c) Pension, annuities or life insurance payments?            ☐ Yes   ☒ No
   (d) Gifts or inheritances?                                    ☐ Yes   ☒ No
   (e) Any other sources?                                        ☒ Yes   ☐ No

**RECEIVED** OCT 0 9 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT

*(continued on reverse side)*

2

If the answer to any of 1 & 2 above is "yes," describe each source of money and state the amount received from each during the past twelve months:

*approx. 350 monthly from friends & family*

3. Do you own any cash, or do you have money in checking or savings account?
   Yes ☐   ☒ No   *(include any funds in prison accounts)*
   I the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property *(excluding ordinary household furnishings and clothing)*?
   Yes ☐   ☒ No
   If the answer is "yes" describe the property and state its approximate value.

5. List the persons who are dependant upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   *None*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  *October 2, 2007*                  *Vittorio Amuso*
             (date)                              (signature of applicant)

## CERTIFICATE
*(Prisoner Accounts Only)*

I CERTIFY that the applicant herein has the sum of $ _593.99_ on account to his credit at the _USP Big Sandy_ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution:

_____

_EKD L, CSN_
(Authorized Officer of Institution)

## ORDER OF COURT

| The application is denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | United States Judge    Date<br>or Magistrate |

USP Lompoc LRC 1994