UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224<br><br>          Plaintiff,<br><br>   v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 07-1935 (RJL)<br>) Electronic Case Filing<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**ENTRY OF APPEARANCE**

THE CLERK of the Court will please enter the appearance of Assistant United States Attorney **Charlotte A. Abel** as counsel of record for the defendants in the above-captioned civil action.

                                                                       /s/
                                      CHARLOTTE A. ABEL, DC Bar #388582
                                      Assistant U.S. Attorney
                                      Judiciary Center Building
                                      555 Fourth St., N.W., Rm. E4410
                                      Washington, D.C.  20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **28th** day of **November**, 2007, a true and correct copy of the foregoing Entry of Appearance was served by first class United States mail, postage prepaid marked for delivery to:

VITTORIO AMUSO
# 38740-079
USP- BIG SANDY
P.O. BOX 2068
Inez, KY 41224


   /s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney