# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224<br><br>    Plaintiff,<br><br>  v.<br><br><br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No: 07-1935 (RJL)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME
## TO FILE AN ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT

  Plaintiff filed this civil action pursuant to the Freedom of Information/Privacy Acts ("FOI/PA"), 552, U.S.C. § 552a *et seq.* Plaintiff was convicted of racketeering in the U.S. District Court, Easter District of New York. Complaint, para. 1. He is serving a life sentence and is currently incarcerated at U.S. Penitentiary, Big Sandy, Inez, Kentucky. *Id.*

  Plaintiff claims that he made a FOI/PA request seeking documents related to himself. The Department of Justice acknowledged his request. Plaintiff claims that the FBI informed him that the documents that he seeks were destroyed in accordance with 44 U.S.C. sec. 3301 and 36 C. F. R. sec. 12. *Id.*, paras. 2-3. Plaintiff filed an administrative appeal of the denial of his

FOI/PA request.  Id., para. 4.  The agency's Director of the Office of Information and Privacy

affirmed the denial of Plaintiff's FOI/PA request.  Id. at 6.  Plaintiff filed the instant civil action

denying that the records that he seeks have been destroyed and alleging that DOJ improperly

denied his FOI/PA request.

      An answer to the complaint is due on or about November 30, 2007.  Defendant has

contacted the FOI/PA office at the DOJ seeking a response to the claims in the lawsuit and is

awaiting a response.  At this time, undersigned counsel has insufficient information to respond to

the allegations in the complaint.  Accordingly, Defendant, the U.S. Bureau of Prisons (BOP),

moves for an enlargement of time in which to answer or otherwise respond to the Complaint in

this case, pursuant to Fed. R. Civ. P. 6(b)(1).  As plaintiff is a pro se prisoner incarcerated at the

U.S. Penitentiary in Big Sandy, Inez, Kentucky, undersigned counsel has not sought his consent

to this motion.[1]

      Defendant moves for a thirty-day enlargement of time, up to and including January 2,

2008, to answer or otherwise respond to the complaint.

      A proposed Order consistent with this Motion is attached.

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a).  Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(b) (emphasis added).

Respectfully submitted,


_____/s/_____

JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


_____/s/_____

RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/s/_____

CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **30th** day of **November**, 2007, a true and correct copy

of the Defendant's Motion to Extend Time was served by first class United States mail, postage

prepaid marked for delivery to:

VITTORIO AMUSO
# 38740-079
USP- BIG SANDY
P.O. BOX 2068
Inez, KY 41224

___/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224 | ) ) ) ) ) ) | |
| Plaintiff, | ) ) | Case No: 07-1935 (RJL) |
| v. | ) ) ) | |
| U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION, | ) ) ) | |
| Defendants. | ) ) ) ) | |

## ORDER

Upon consideration of Defendant's Motion to Extend Time to File Answer, and any opposition thereto, for good cause shown, it is on this _____ day of _____, 2007,

ORDERED: that Defendant's Motion to Extend Time to File Answer is GRANTED.  It is

FURTHER ORDERED: that Defendant shall file an answer or otherwise respond to complaint on or before January 2, 2008.

_____
UNITED STATES DISTRICT JUDGE