UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224<br><br>          Plaintiff,<br><br>  v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br>          Defendants. | Case No: 07-1935 (RJL)<br>Electronic Case Filing |

### ANSWER

Defendants, the Federal Bureau of Investigation ("FBI") and the Department of Justice ("DOJ"), by and through their undersigned counsel, hereby answers plaintiff's Complaint filed on October 25, 2007, upon information and belief as follows:

#### I. Nature of Case

This paragraph is a characterization of this lawsuit and not averments of facts to which an answer is required.

#### II. Jurisdiction/Venue

This paragraph consists of plaintiff's allegations of jurisdiction and venue, and not averments of facts to which an answer is required.

### III. Parties

1. Defendants admit the allegations in the first sentence of this paragraph. As for the second sentence, Defendants lack sufficient knowledge to form a belief as to the truth or falsity of the allegations in this sentence and, therefore, deny them.

2. Defendants deny that the FBI is an "agency" of the United States government within the meaning of the Freedom of Information Act ("FOIA"). In all other respects, Defendants admit the allegations contained in this paragraph.

### IV. Factual Allegations

A. Facts Associated with Amuso's FOIA Request:

1. Defendants admit the allegations in this paragraph.
2. Defendants admit the allegations in this paragraph.
3. Defendants admit the allegations in this paragraph.
4. Defendants admit the allegations in this paragraph.
5. Defendants admit the allegations in this paragraph.
6. Defendants admit the allegations in this paragraph.

B. Facts Related to Amuso and Basis for FOIA/PA Request:

1. Defendants admits allegations contained in the first sentence. As to the second sentence, Defendants deny the allegations.
2. Defendants deny the allegations in this paragraph.
3. Defendants deny the allegations in this paragraph.
4. Defendants deny the allegations in this paragraph.
5. Defendants admit the allegations in the first sentence of this paragraph. As to the

second sentence, Defendants deny the allegations.

## V.  Claims/Arguments For Relief

The first unnumbered paragraph contains conclusions of law and not averments of fact, to which no response is required, but insofar as an answer is deemed necessary, Defendants deny the allegations.

The second unnumbered paragraph contains conclusions of law and not averments of fact, to which no response is required, but insofar as an answer is deemed necessary, Defendants deny the allegations.

Defendants deny the allegations of the third unnumbered paragraph.

The fourth unnumbered paragraph contains conclusions of law and requests for relief to which an answer is not required, but insofar as an answer is deemed necessary, Defendants deny the allegations.

Defendants deny the allegations of the fifth unnumbered paragraph.

## VI.  Relief Requested

The remaining paragraphs lettered (A) through (I) represent plaintiffs' request for relief to which an answer is not required, but insofar as an answer may be required, Defendants deny that plaintiff is entitled to the relief requested or to any other relief.

WHEREFORE, Defendants pray for an order:  (1) denying plaintiff's request for relief; and (2) for such other and further relief as the Court deems just and proper.

## FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

SECOND DEFENSE

The FBI is not a proper party defendant to this action. Pursuant to 5 U.S.C. § 552(f)(1), the proper party defendant is the U.S. Department of Justice.

Respectfully Submitted,

   /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

   /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

   /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **5th** day of **February**, 2008, a true and correct copy of the foregoing Answer & Notice of Filing with Proposed Scheduling Order was served by first class United States mail, postage prepaid marked for delivery to:

VITTORIO AMUSO
# 38740-079
USP- BIG SANDY
P.O. BOX 2068
Inez, KY 41224


\_\_/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney