UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| VITTORIO AMUSO <br> # 38740-079 <br> USP- BIG SANDY <br> P.O. BOX 2068 <br> Inez, KY 41224 <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Case No: 07-1935 (RJL) <br> Electronic Case Filing |

NOTICE OF FILING

    Defendant proposes that the Court adopt the following briefing schedule in this case:

Dispositive motions due: April 15, 2008

Oppositions due: May 15, 2008

Replies due: June 12, 2008

    A proposed order consistent with this proposed briefing schedule is attached.

    Respectfully submitted,

    /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney

Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224<br><br>             Plaintiff,<br><br>      v.<br><br><br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br><br>             Defendants. | Case No: 07-1935 (RJL)<br>Electronic Case Filing |

### DEFENDANT'S PROPOSED SCHEDULING ORDER

The parties are directed to follow the following briefing schedule.

Dispositive motions due: April 15, 2008

Oppositions due: May 15, 2008

Replies due: June 12, 2008


_____
UNITED STATES DISTRICT JUDGE