UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO <br> # 38740-079 <br> USP- BIG SANDY <br> P.O. BOX 2068 <br> Inez, KY 41224 <br><br> Plaintiff, <br><br> v. <br><br> U.S. DEPARTMENT OF JUSTICE, <br> FEDERAL BUREAU OF INVESTIGATION, <br><br> Defendants. | Case No: 07-1935 (RJL) |

**DEFENDANT'S MOTION TO MODIFY BRIEFING SCHEDULE
FOR DISPOSITIVE MOTIONS**

Pursuant to LCvR 7, defendant moves to modify the briefing schedule for dispositive motions as follows:

Plaintiff filed this civil action pursuant to the Freedom of Information/Privacy Acts ("FOI/PA"), 552, U.S.C. § 552a *et seq*. Plaintiff was convicted of racketeering in the U.S. District Court, Eastern District of New York. Complaint, para. 1. He is serving a life sentence and is currently incarcerated at U.S. Penitentiary, Big Sandy, Inez, Kentucky. *Id.*

Plaintiff made a FOI/PA request to seeking documents related to himself. The

1

Department of Justice acknowledged his request. Plaintiff claims that the FBI informed him that the documents that he seeks were destroyed in accordance with 44 U.S.C. sec. 3301 and 36 C. F. R. sec. 12. *Id*., paras. 2-3. Plaintiff filed an administrative appeal of the denial of his FOI/PA request. Id., para. 4. The agency's Director of the Office of Information and Privacy affirmed the denial of Plaintiff's FOI/PA request. Id. at 6. Plaintiff filed the instant civil action denying that the records that he seeks have been destroyed and alleging that DOJ improperly denied his FOI/PA request.

    Defendant answered the complaint on February 5, 2008 and proposed a briefing schedule for dispositive motions. On February 13, 2008, the Court entered an order directing the parties to file dispositive motions by April 15, 2008, oppositions by May 15, 2008, and replies by June 12, 2008. Undersigned counsel has learned recently that the FBI, in addition to compiling a Vaughn Index in preparation for filing a dispositive motion, has located one or more files at FBI Headquarters which contain cross references to material which may be responsive to plaintiff's FOIA request. The agency seeks additional time to search these files to determine whether it can release additional documents to the plaintiff, and in which to complete its dispositive motion.

    Accordingly, Defendant, the U.S. Department of Justice, moves to modify the briefing schedule by extending the deadlines by ninety days to allow additional time for processing, in addition to completing a motion for summary judgment. The FBI estimates that it will need this amount of time in which to complete its search and to complete a Vaughn Index. As plaintiff is a <u>pro se</u> prisoner incarcerated at the U.S. Penitentiary in Big Sandy, Inez, Kentucky, undersigned

counsel has not sought his consent to this motion.[1]

Defendant moves for a modification of the briefing schedule as follows: dispositive motions due July 30, 2008, oppositions due August 30, 2008, and replies due September 30, 2008.

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney


/s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


/s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **14th** day of **April**, 2008, a true and correct copy of the Defendant's Motion to Extend Time was served by first class United States mail, postage prepaid marked for delivery to:

VITTORIO AMUSO
# 38740-079
USP- BIG SANDY
P.O. BOX 2068
Inez, KY 41224

___/s/_____
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224<br><br>            Plaintiff,<br><br>       v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION,<br><br>            Defendants. | Case No: 07-1935 (RJL)<br>Electronic Case Filing |

### DEFENDANT'S PROPOSED SCHEDULING ORDER

The parties are directed to follow the following briefing schedule.

Dispositive motions due: July 30, 2008

Oppositions due: August 30, 2008

Replies due: September 30, 2008

_____
UNITED STATES DISTRICT JUDGE