UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

APR 1 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

VITTORIO AMUSO,           )
                          )
            Plaintiff,    )
                          )
v.                        )     Civil Action No. 07-1935 (RJL)
                          )
U.S. DEPARTMENT OF JUSTICE, *et al.*, )
                          )
            Defendants.   )

## ORDER

It is hereby

ORDERED that defendants' Motion to Modify Briefing Schedule for Dispositive Motions [Dkt. #12] is GRANTED. It is further

ORDERED that defendants shall file their dispositive motion on or before **July 30, 2008**; plaintiff shall file his opposition and/or cross motion on or before **August 30, 2008**; defendants shall file their reply and/or opposition, if any, on or before **September 30, 2008**; and plaintiff shall file his reply, if any, on or before **October 30, 2008.**

SO ORDERED.

DATE:

RICHARD J. LEON
United States District Judge