UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO )<br># 38740-079 )<br>USP- BIG SANDY )<br>P.O. BOX 2068 )<br>Inez, KY 41224 )<br>                                           )<br>            Plaintiff, )<br>                                           )<br>        v.                         )<br>                                           )<br>U.S. DEPARTMENT OF JUSTICE, )<br>FEDERAL BUREAU OF INVESTIGATION, )<br>                                           )<br>            Defendants. )<br>                                           ) | Case No: 07-1935 (RJL) |

**DEFENDANTS' MOTION TO MODIFY BRIEFING SCHEDULE
FOR DISPOSITIVE MOTIONS**

Pursuant to LCvR 7, defendants move to modify the briefing schedule for dispositive motions as follows:

Plaintiff filed this civil action pursuant to the Freedom of Information/Privacy Acts ("FOI/PA"), 552, U.S.C. § 552a *et seq*. Plaintiff was convicted of racketeering in the U.S. District Court, Eastern District of New York. Complaint, para. 1. He is serving a life sentence and is currently incarcerated at U.S. Penitentiary, Big Sandy, Inez, Kentucky. *Id.*

Plaintiff made a FOI/PA request to seeking documents related to himself. The

1

Department of Justice acknowledged his request. Plaintiff claims that the FBI informed him that the documents that he seeks were destroyed in accordance with 44 U.S.C. sec. 3301 and 36 C. F. R. sec. 12. *Id*., paras. 2-3. Plaintiff filed an administrative appeal of the denial of his FOI/PA request. Id., para. 4. The agency's Director of the Office of Information and Privacy affirmed the denial of Plaintiff's FOI/PA request. Id. at 6. Plaintiff filed the instant civil action denying that the records that he seeks have been destroyed and alleging that DOJ improperly denied his FOI/PA request.

Defendant answered the complaint and a briefing schedule was entered for dispositive motions, which is the usual practice in FOIA cases. The briefing schedule was modified at defendants' request to give FBI staff an opportunity to determine whether it could release additional documents to the plaintiff, as well as to complete a dispositive motion. Currently defendants' dispositive motion is due on July 30, 2008.

Defendants seek to extend the deadlines in the briefing schedule by an additional two weeks. Undersigned counsel has just learned that the Records Management Division of the FBI has encountered some difficulties in the  processing of documents to be released to plaintiff. These difficulties have briefly delayed an anticipated release and completion of a Vaughn declaration which must be completed in advance of the filing of a dispositive motion.

Accordingly, Defendant, the U.S. Department of Justice, moves to modify the briefing schedule by extending the deadlines by two weeks to allow additional time for processing, in addition to completing a motion for summary judgment. The FBI estimates that it will need this amount of time in which to complete its processing and to complete a Vaughn declaration. As plaintiff is a pro se prisoner incarcerated at the U.S. Penitentiary in Big Sandy, Inez, Kentucky,

undersigned counsel has not sought his consent to this motion.[1]

Defendants move for a modification of the briefing schedule as follows:

| | |
|---|---|
| Defendants' Dispositive Motion | August 13, 2008 |
| Plaintiff's Cross Motion | September 13, 2008 |
| Plaintiff's Response to Dispositive Motion | September 13, 2008 |
| Defendants' Response to Cross Motion | October 14, 2008 |
| Defendants' Reply/Dispositive Motion | October 14, 2008 |
| Plaintiff's Reply/Cross Motion | November 14, 2008 |

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

  /s/
JEFFREY A. TAYLOR, D.C. Bar #498610
United States Attorney

  /s/
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing *counsel*." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel (including any *nonprisoner* pro se party)" to meet and confer prior to a scheduling conference).

     /s/
CHARLOTTE A. ABEL, D.C. Bar #388582
Assistant United States Attorney
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this **30th** day of **July**, 2008, a true and correct copy of the Defendants' Motion to Amend Briefing Schedule was served by first class United States mail, postage prepaid marked for delivery to:

VITTORIO AMUSO
# 38740-079
USP- BIG SANDY
P.O. BOX 2068
Inez, KY 41224

     /s/
CHARLOTTE A. ABEL, DC Bar #388582
Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| VITTORIO AMUSO<br># 38740-079<br>USP- BIG SANDY<br>P.O. BOX 2068<br>Inez, KY 41224 | )<br>)<br>)<br>)<br>)<br>)<br>) | |
| Plaintiff, | )<br>) | Case No: 07-1935 (RJL) |
| v. | )<br>)<br>) | |
| U.S. DEPARTMENT OF JUSTICE,<br>FEDERAL BUREAU OF INVESTIGATION, | )<br>)<br>)<br>) | |
| Defendants. | )<br>) | |

**ORDER**

Upon consideration of Defendants' Motion to Amend Briefing Schedule, and any opposition thereto, for good cause shown, it is on this _____ day of _____, 2008,

ORDERED: that Defendants' Motion to Amend Briefing Schedule is GRANTED.  It is

FURTHER ORDERED: that the parties shall adhere to the following briefing schedule:

| | |
|---|---|
| Defendants' Dispositive Motion | August 13, 2008 |
| Plaintiff's Cross Motion | September 13, 2008 |
| Plaintiff's Response to Dispositive Motion | September 13, 2008 |
| Defendants' Response to Cross Motion | October 14, 2008 |

Defendants' Reply/Dispositive Motion         October 14, 2008

Plaintiff's Reply/Cross Motion               November 14, 2008

_____
Richard J. Leon
UNITED STATES DISTRICT JUDGE