UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1935 (RJL) |
| ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

It is hereby

ORDERED that defendants' second Motion to Modify Briefing Schedule for Dispositive Motions [Dkt. #14] is GRANTED. It is further

ORDERED that defendants shall file their dispositive motion on or before **August 13, 2008**; plaintiff shall file his opposition and/or cross motion on or before **September 13, 2008**; defendants shall file their reply and/or opposition, if any, on or before **October 14, 2008**; and plaintiff shall file his reply, if any, on or before **November 14, 2008.**

SO ORDERED.

DATE: 8/6/08

RICHARD J. LEON
United States District Judge