UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| VITTORIO AMUSO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1935 (RJL) |
| | ) | |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

It is hereby

ORDERED that Defendants' Third Motion to Modify Briefing Schedule for Dispositive Motions [Dkt. #16] is GRANTED *nunc pro tunc*. No further extension of time will be granted absent emergency circumstances. It is further

ORDERED that defendants shall file their dispositive motion on or before **August 27, 2008**; plaintiff shall file his opposition and/or cross motion on or before **September 29, 2008**; defendants shall file their reply and/or opposition, if any, on or before **October 28, 2008**; and plaintiff shall file his reply, if any, on or before **November 28, 2008.**

SO ORDERED.

RICHARD J. LEON
United States District Judge

DATE: 8/13/08