IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VITTORIO AMUSO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| v. ) | |
| ) | Civil Action No. 07-1935 (RJL) |
| *UNITED STATES DEPARTMENT* ) | |
| *OF JUSTICE,* ) | |
| ) | |
| **Defendant.** ) | |

NOTICE OF AMENDED CERTIFICATE OF SERVICE

Defendant hereby advises the Court that a copy of Defendant's Notice of Substitution of Counsel (Docket # 20), filed on September 4, 2008, was inadvertently not placed in the office's outgoing mail. A copy of the substitution of counsel, including this notice will be mailed today to:

VITTORIO AMUSO
R38740-079
Big Sandy
U.S. Penitentiary
Inmate Mail/Parcells
P.O. Box 2068
Inez, KY 41224

Respectfully submitted,

  /s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of September, 2008, that a copy of the foregoing Notice of Amended Certificate of Service was filed and served by First-Class mail; postage prepaid to:

VITTORIO AMUSO
R38740-079
Big Sandy
U.S. Penitentiary
Inmate Mail/Parcells
P.O. Box 2068
Inez, KY 41224

                                       /s/
                                   ANDREA MCBARNETTE, DC Bar #483789
                                   Assistant United States Attorney
                                   United States Attorney's Office
                                   Civil Division
                                   555 4th Street, N.W.
                                   Washington, D.C. 20530
                                   (202) 514-7470

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. Action No. 07-1935 (RLJ) |
| ) | |
| UNITED STATES DEPARTMENT ) | |
| OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Andrea McBarnette and remove the appearance of Assistant United States Attorney Charlotte A. Abel as counsel for Defendant in the above-captioned case.

Respectfully submitted,

/s/
ANDREA MCBARNETTE, DC Bar #483789
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-7470