UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| VITTORIO AMUSO, | ) |
| Plaintiff, | ) ) ) ) ) |
| v. | ) Civil Action No.: 07-CV-01935 |
| U.S. DEPARTMENT OF JUSTICE, et al., | ) ) ) ) |
| Defendant. | ) |

## DECLARATION OF WILSON J. MOORER

I, Wilson J. Moorer, do hereby declare and state the following:

1. I am currently a Paralegal Specialist at the Federal Bureau of Prisons, Office of General Counsel, Freedom of Information Act Section, Washington, D.C. I have been employed in this position since April 2003; however, I have been employed with the Bureau of Prisons since July of 1988. My duties include assisting the Chief, Freedom of Information Act/Privacy Act Section and Freedom of Information Administrator in the review and possible release of information requested from the Bureau of Prisons via the Freedom of Information Act.

2. This supplemental declaration is being provided to the Court to address the Footnote that was stated in my declaration of August 27, 2008. Within the declaration, I informed the Court the Bureau of Prisons FOIA Office, Washington, D.C. had not received a referral from the Federal Bureau of Investigations (FBI) which they stated was mailed to the Bureau of Prisons. This is to inform the Court the BOP has received the referral.

1

3. On or about August 18, 2008, the Bureau of Prisons FOIA Office, Washington, D.C. received the 4 page referral of information from the Federal Bureau of Investigations (FBI). The referral was logged in and assigned FOIA Request Number 2008-10124. See Referral from Federal Bureau of Investigations to Federal Bureau of Prisons, a true and correct copy of which is attached here to as Exhibit A.

4. The BOP Central Office responded to the referral from the FBI on September 18, 2008. A determination was made to release one page of information; however, portions of the page were redacted pursuant to 5 U.S.C. §552(b)(7)(C) and (b)(7)(F). The remaining 3 pages of information were withheld in their entirety. The withholding of the 3 pages of information was made pursuant to 5 U.S.C. §552(b)(7)(C) and (b)(7)(F). See Letter from Federal Bureau of Prisons to Vittorio Amuso, dated September 18, 2008, a true and correct copy of which is attached here to as Exhibit B.[1]

5. A copy of the redacted document, on its face, contain exemptions which detail the nature of the information withheld pursuant to the provisions of the FOIA. A more detailed description of the information withheld could identify the protected material. As described below, no reasonably segregable non-exempt portions were withheld from plaintiff. Accordingly, all information withheld was exempt from disclosure pursuant to a FOIA

---

[1] The Court is advised the 3 pages withheld in their entirety were processed in a response to FOIA Request 2008-06852 which was addressed in my August 27, 2008 declaration. This current referral provided the one page of information that was not included in the first referral. It should also be noted that the one additional page of information being provided contains redactions that were made by the FBI.

2

exemption or was not reasonably segregable because it was so intertwined with protected material that segregation was not possible or its release would have revealed the underlying protected material. All documents which relate to plaintiff's requests were processed to achieve maximum disclosure consistent with the provisions of the FOIA.

6. Exemption (b)(7)(C) provides for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy and Exemption (b)(7)(F), which provides for the withholding of records or information compiled for law enforcement purposes which could endanger the lives or physical safety of an individual, were used to redact a portion of a Federal Bureau of Investigation Memorandum that detailed name of 2 law enforcement documents, if revealed, would have disclosed the contents of documents. See Federal Bureau of Investigation Memorandum, dated September 13, 1989, a true and correct copy of which is attached here to as Exhibit C.

7. Exemption (b)(7)(C) and (b)(7)(F) were also used to withhold 3 pages of law enforcement documents which contained the names, register numbers, locations, FBI numbers, Social Security numbers, dates of birth, and organized crime affiliation of inmates incarcerated in the Federal Bureau of Prisons. If this information was disclosed Plaintiff would have the names of individuals the BOP has confirmed as being a significant organized crime member. As described above, no reasonably segregable non-exempt portions were withheld from Plaintiff.

Accordingly, all redacted information was exempt from disclosure pursuant to a FOIA exemption or was not reasonably segregable.

I declare under the penalty of perjury, pursuant to Title 28 U.S.C. § 1746, the foregoing is true and correct to the best of my information, knowledge and belief.

Executed this __19__ day of September 2008, at Washington, D.C.

Wilson J. Moore
Paralegal Specialist
Federal Bureau of Prisons
Washington, D.C.

**EXHIBIT**

**A**

2008-10124

U.S. Department of Justice



Federal Bureau of Investigation

Washington, D.C. 20535

August 14, 2008

**Received**

AUG 1 8 2008

FOIA/PA Section
Federal Bureau of Prison

To: Wanda M. Hunt, Chief, FOIA Section
FOIA/Privacy Requests
Federal Bureau of Prisons
Department of Justice
Room 841, HOLC Building
Washington, D.C. 20534

From: David M. Hardy
Record/Information Dissemination Section
Records Management Division

Subject: FOI/PA Request of: **AMUSO, VITTORIO**
FBI FOI/PA # 1076768-001    Re: AMUSO, VITTORIO

In connection with review of FBI files responsive to the above request, the following was surfaced:

☒ 3 pgs. of an unclassified document which originated with your agency is/are being referred to you for direct response to the requester. The requester ☐ has ☐ has not been advised of this referral. Please furnish this Bureau a copy of your disclosure letter to the requester. (See index A).

☒ 1 pg. of an FBI document(s) containing information (outlined in red) concerning your agency.
  ☐ We will advise the requester to expect a direct response from your agency regarding this matter.
  ☒ Please review this information and return the documents to us, making any deletions you deem appropriate. (See index B).

☐    classified document(s) which originated with your agency is/are being referred to you for direct response to the requester. The requester ☐ has ☐ has not been advised of this referral. Please furnish this Bureau a copy of your disclosure letter to the requester, and advise us if the classification of the documents(s) changed so that we may amend our files. (See index C).

☐    classified FBI document(s) containing information (outlined in red) concerning your agency.
  ☐ We will advise the requester to expect a direct response from your agency regarding this matter.

☒ Please review this information making any deletions you deem appropriate, citing the exemption(s) claimed. **Please note, in the event exemptions are claimed it will be necessary for your office to provide a declaration supporting the claimed exemptions to Federal Programs Attorney, Charlotte Abel. Ms. Abel can be reached at 202-307-2332.**

☒ Please note that some of the enclosed documents contain deletions made by this Bureau. The appropriate exemption appears next to the redacted information. The requester may appeal these denials by writing to the following address within sixty days of your release: Co-Director, Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW, Suite 11050, Washington, D.C. 20530-0001.

A copy of the requester's initial letter and other significant correspondence is enclosed for your convenience. If you have any questions concerning this referral, please contact Ann Lindengren at (540) 868-4845. The FBI FOIPA number as well as the FBI file number(s) on the Index Listing (see reverse) should be utilized during any consultation with the FBI concerning this referral.

Additional Remarks: The above four (4) pages are responsive to a civil action lawsuit (07-CV-01935) filed by the subject in United States District Court, for the District of Columbia. The pages contain the FBI Bates stamped numbers AMUSO 45, 46, 47, and 48.

Enclosure(s) (4)    ( INDEX LISTING ON REVERSE)



IN LITIGATION

Index A:

    183-8533-210'x6  (Three responsive pages with FBI redactions and a clean copy for your use.)

Index B:

    183-8533-2107x6  (1 page-serial cover page)

Index C:

Index D:

# EXHIBIT

# B



U.S. Department of Justice

Federal Bureau of Prisons

SEP 18 2008

Washington, DC 20534

Vittorio Amuso
Register Number 38740-079
United States Penitentiary
P.O. Box 2068
Inez, KY 41224

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE: Request for Information, FOIA Request No. 2008-10124

Dear Mr. Amuso:

Pursuant to your recent Freedom of Information Act request to the Federal Bureau of Investigation (FBI), four (4) pages of information that originated with the Bureau of Prisons were referred to this agency for processing and direct response to you.

After a careful review of this referral, it was discovered that 3 pages of the referral were previously reviewed and processed as a part of FOIA Request 2008-06852 which you received a response to on June 20, 2008. This current referral contains one additional page that was not a part of the previous referral.

After a careful review, it has been determined the one additional page of information is being released to you; however, portions of the document are being redacted pursuant to 5 U.S.C. §552(b)(7)(C) and (b)(7)(F). The remaining 3 pages of documents are not releasable to you and are being withheld in their entirety. This withholding is being done pursuant to 5 U.S.C. §552(b)(7)(C) and (b)(7)(F).

Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

Exemption (b)(7)(F) provide for the withholding of records or information compiled for law enforcement purposes which could endanger the lives or physical safety of an individual.

Page 2
Vittorio Amuso
FOIA Request No. 2008-10124

Pursuant to 28 C.F.R. §16.9, this denial may be appealed to the Attorney General by filing a written appeal within sixty days of the date of the letter denying your request. The appeal should be addressed to the **Office of Information and Privacy, U.S. Department of Justice, 1425 New York Ave., NW; Suite 11050, Washington, D.C. 20530-0001.** Both the envelope and the letter of appeal itself must be clearly marked: **"Freedom of Information Act Appeal."**

We trust this information is of assistance to you. If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wilson J. Moorer, Paralegal
Wanda M. Hunt
Chief, FOIA/PA Section

cc: File

# EXHIBIT

# C

08-10124

## Memorandum 

| | |
|---|---|
| To | SECTION CHIEF, ORGANIZED CRIME SECTION   Date 9/13/89 |
| | ATTN: SSA [redacted] LCN WEST |
| From | SSA STANLEY [redacted]E, JR. |



Subject: LIBERATUS RICO  (OO: FBIHQ)

**183A-8533**

Attached are one (1) copy each of the following documents from the Federal Bureau of Prisons:

Referral/Dir[...]



**183-8533-2107X6**

OCT 4 1989

2 - ENCLOSURE

[signature] TN/stn    ENCLOSURE ATTACHED



X①  All O- [Attachment]




AMUSO-45