# EXHIBIT

# A



U.S. Department of Justice

Federal Bureau of Prisons

APR    7 2009

Washington, DC 20534

Vittorio Amuso
Register Number 38740-079
United States Penitentiary
P.O. Box 2068
Inez, KY 41224

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office


RE:   Request for Information, FOIA Request No. 2008-06852
      Request for Information, FOIA Request No. 2008-10124

      **Vittorio Amuso v. U.S. Department of Justice, et al.,**
      Civil Action No.: 07-CV-01935 (RJL)

Dear Mr. Amuso:

     This is in response to the Freedom of Information Act request and Civil Action filed regarding two (2) Federal Bureau of Investigation (FBI) referrals that were made to the Bureau of Prisons.  The first referral was 3 pages of information and the second referral included the same 3 pages with one additional page of information for a total of 4 pages of referred documents.

     Pursuant to the Office of the Attorney General's Memorandum dated March 19, 2009 regarding The Freedom of Information Act (FOIA) in which each government agency has been asked to be more open and transparent, the BOP reevaluated the referred documents. As a result of this reevaluation, it has been determined the 4 pages of information are being released to you; however, portions of the 4 pages are being redacted pursuant 5 U.S.C. §552(b)(7)(C) and (b)(7)(F).

     Exemption (b)(7)(C) provide for the withholding of records or information compiled for law enforcement purposes which could reasonably be expected to constitute an unwarranted invasion of personal privacy.

     Exemption (b)(7)(F) provide for the withholding of records or information compiled for law enforcement purposes which could endanger the lives or physical safety of an individual.

Page 2
Vittorio Amuso
FOIA Request No. 2008-06852/2008-10124


    We trust this information is of assistance to you.  If you have any questions or concerns please contact Wilson J. Moorer, Paralegal.

Sincerely,

Wilson J. Moorer, Paralegal
Wanda M. Hunt
Chief, FOIA/PA Section


Enclosure: 4 pages

cc: File

**EXHIBIT**

**B**

U.S. Department of Justice

Federal Bureau of Prisons

APR  4 2009

Washington, D.C. 20534

Vittorio Amuso
Register Number 38740-079
United States Penitentiary
P.O. Box 2068
Inez, KY 41224

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street. N.W.
Room 841, HOLC Building
Washington, D.C. 20534
Attn: FOIA/Privacy Act Office

RE:   Request for Information, FOIA Request No. 2008-06852
      Request for Information, FOIA Request No. 2008-10124

      **Vittorio Amuso v. U.S. Department of Justice, et al.,**
      Civil Action No.: 07-CV-01935 (RJL)

Dear Mr. Amuso:

      This is in further response to the Freedom of Information
Act request and Civil Action filed regarding two (2) Federal
Bureau of Investigation (FBI) referrals that were made to the
Bureau of Prisons.

      By now you should have received our response letter dated
April 7, 2009, in which you were informed the BOP reevaluated the
referred documents.  As a result of this reevaluation, you
received 4 pages of redacted information; however, you received
one page of information that included the wrong redaction.  The
enclosed page is the correct page.

      We trust this information is of assistance to you.  If you
have any questions or concerns please contact Wilson J. Moorer,
Paralegal.

                              Sincerely,

                              Wilson J. Moorer, Paralegal
                              Wanda M. Hunt
                              Chief, FOIA/PA Section

Enclosure: 1 page
cc: File

**EXHIBIT**

**C**

08-10124

## Memorandum



To : SECTION CHIEF, ORGANIZED CRIME SECTION Date 9/13/89
ATTN: SSA [b7C] LCN WEST

From : SSA STANLEY _____, JR.

b6 -1
b7C -1

Subject : LIBERATUS
RICO          183A-8533
(OO: FBIHQ)

Attached are one (1) copy each of the following documents from
the Federal Bureau of Prisons:

Referral/Dire

1.  List dated 9/11/89 entitled "Special Listing, Significant
Organized Crime Members Only Listed by Inmate Last Name"
List dated 9/7/89 entitled "Special Listing, Organized
Crime Members & Suspects Only Listed by Family, Inmate
Last Name".

183-8533-2107X6

OCT 4 1989

2 · ENCLOSURE

STN/stn          ¤ENCLOSURE ATTACHED¤



X①
All ___
Attachment

AMUSO-45

**EXHIBIT**

**D**

08-06852

REMOVED

**FEDERAL BUREAU OF PRISONS**
Automated Intelligence Management System
BOP SIS Hotfiles

Referral/Direct BOP

))))))))))))) DOJ SENSITIVE
Law Enforcement Use Only

corrected to: 09/11/09
(b)(7)e

Special Listing, Significant Organized Crime Members only
listed by inmate last name
Total inmates in BOP custody:           153
Total inmates not now in BOP custody:    91
Total inmates this listing:             244



| ln | fn | nickname | reg | ru crd | fbi no | ssn | dob | affil | status notes! |
|----|----|----------|-----|--------|--------|-----|-----|-------|---------------|
| AMUSO | Victor | | 38740-079 *** | | | | | ORG CRIME | BJROS LUCHESE FAMILY |

FEDERAL BUREAU OF PRISONS
REMOVED Automated Intelligence Management System
BOP SIS Hotfiles

Referral/Direct BOP

>>>>>>>>>>>>>> BOP SENSITIVE
Limited Official Use Only

corrected to:   09/07/89
date searched:  09/11/89
time complete:  13:26:00

Note: The following listing is intended for use as "working papers"
in investigative research only.  Information regarding membership or
or affiliation is tentative and is not to be considered as final, or
authoritative, or as any form of "official roster".

Special Listing, ORGANIZED CRIME members & suspects only
listed by FAMIY, INMATE LAST NAME



